IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01441-RM-KLM

ALAN J. ROMENS,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Vacate and Reschedule Scheduling Conference** [Docket No. 7; Filed September 9, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#7] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 30, 2013 at 10:30 a.m. is **VACATED** and **RESET** to **November 18, 2013 at 9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **November 11, 2013**.

    Dated:  September 9, 2013