IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01441-RM-KLM

ALAN J. ROMENS,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Appear by Telephone at Scheduling Conference** [#12][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that counsel for Plaintiff and Defendant may appear by telephone at the Scheduling Conference on November 18, 2013 at 9:30 a.m. by dialing the Court at **303-335-2770**. The parties must initiate a conference call between themselves before dialing the Court.

    Dated: November 14, 2013

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.